NUMBER 13-07-00642-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________ 


INGRAM READYMIX, INC., Appellant,


v.



SOUTHERN CONTRACTING, INC., 

STEVE D. CERVANTES, INDIVIDUALLY, 

AND CONTINENTAL CASUALTY COMPANY, Appellees.

_____________________________________________________________


On Appeal from the 319th District Court of Nueces County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Ingram Readymix, Inc., perfected an appeal from a judgment entered by
the 319th District Court of Nueces County, Texas, in cause number 03-00400-00-0-G. 
Appellees, Continental Casualty Company, Southern Contracting, Inc., and Steve D.
Cervantes, have filed a motion to dismiss the appeal for want of jurisdiction. In its
response to this motion, appellant agrees to dismiss this appeal. The Court, having
considered the documents on file and appellees' motion to dismiss the appeal, is of the
opinion that the motion should be granted. See Tex. R. App. P. 42.1(a). Appellees' motion
is granted, and the appeal is hereby DISMISSED. The costs are taxed against appellant. 
See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant."). 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 17th day of January, 2008.